IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| AARON MAJOR, | : | |
| --- | --- | --- |
| Petitioner, | : | |
| v. | : | CIVIL ACTION |
| JON FISHER, et al., | : | 12-2619 |
| Respondents. | : | |

FILED
MAR - 4 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW,** this 4th day of March 2013, upon consideration of the Petition for a Writ of Habeas Corpus (Doc. No. 1), Response to Petition (Doc. No. 9) and the Report and Recommendation of the United States Chief Magistrate Judge Wells (Doc. No. 10), it hereby **ORDERED** that:

1) The Report and Recommendation of Chief Magistrate Judge Wells is **APPROVED** and **ADOPTED.**

2) The Petition for Writ of Habeas Corpus (Doc. No. 1) is **DENIED**.

3) All outstanding motions are **DENIED AS MOOT**.

4) A certificate of appealability shall not be issued because, for the reasons set forth in the Report and Recommendation, a reasonable jurist could not conclude that the Court is incorrect in denying and dismissing the habeas petition.

5) The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

_Joel Slomsky_
JOEL H. SLOMSKY, J.